IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ONE 1996 CHEVROLET IMPALA SS,<br>VIN 1G1BL52P2TR152376,<br><br>　　　　　　　　Defendant. | Case No. 07-C-608-C |

ORDER FOR FINAL DEFAULT JUDGMENT

　　The United States of America, by its attorneys, Erik C. Peterson, United States Attorney for the Western District of Wisconsin, and Elizabeth Altman, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture In Rem against the defendant one 1996 Chevrolet Impala SS, VIN 1G1BL52P2TR152376, on October 24, 2007.

　　The complaint alleges that the defendant conveyance was used, or intended to be used, to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance in violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq. The complaint further alleges that the defendant conveyance is forfeitable to the United States under the provisions of 21 U.S.C. § 881(a)(4).

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant conveyance. Notice of this action was also published in the *Leader Telegram* on December 13, 2007. The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed with the Court pursuant to the Federal Rules of Civil Procedure.

The United States of America has made application to this Court for a default judgment to be entered; accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest in the defendant one 1996 Chevrolet Impala SS, VIN 1G1BL52P2TR152376, is conveyed to the Plaintiff, United States of America.

2. The United States Marshals Service is directed to dispose of the 1996 Chevrolet Impala SS, VIN 1G1BL52P2TR152376 in accordance with federal law.

DATED: January 23, 2008

BY THE COURT:

Barbara B. Crabb
BARBARA B. CRABB
United States District Judge

Entered this 28 day of January 2008.

Theresa M Owens
THERESA M. OWENS, Clerk
United States District Court

2